FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 FEB -7 AM 9: 17

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KRISTI KELLUM SELBY AND ROBERT SELBY, JR. | * | CIVIL ACTION NO. |
| | * | SECTION "" |
| VERSUS | * | MAGISTRATE |
| NORTHLAND INSURANCE COMPANY, ADAMS & SON TRUCKING, INC., AND ERIC JACKSON | * | |

08-885
SECT. N MAG. 5

\* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, come the defendants, Adams & Son

Trucking, Inc. and Northland Insurance Company, who file this Notice of Removal and request

removal of this cause from the 21st Judicial District Court for the Parish of Tangipahoa, State of

Louisiana, in which it is now pending, to the United States District Court for the Eastern District

of Louisiana.

I.

This case was commenced in the 21st Judicial District Court for the Parish of Tangipahoa,

State of Louisiana, by a Petition for Damages filed on January 3, 2008 in which Northland

Insurance Company, Adams & Son Trucking, Inc., and Eric Jackson were named as defendants.

Fee# 350.00
Process
X Dktd
CtRmDep
Doc. No

This Petition is being removed on the basis of diversity of citizenship and that the amount in controversy exceeds $75,000.00.

II.

Process was served on Northland Insurance Company through its appointed agent for service of process, The Secretary of State, on January 8, 2008. (Exhibit "A")

III.

Service of Process by the Louisiana Long Arm Statute was also requested on Adams & Son Trucking, Inc. and they were served on January 18, 2008.

No service has been requested upon Eric Jackson.

IV.

This is a civil action in which the plaintiffs seek damages for pain and suffering, medical expenses, past, present, and future, lost wages and lost wage earning capacity, mental anguish, emotional distress, loss of enjoyment of life, and loss of consortium from this accident which occurred on January 17, 2007. This accident is alleged to have been caused by the negligence of Eric Jackson, an employee of Adams & Son Trucking, Inc.

V.

Plaintiffs are not required under Louisiana law, nor are they permitted, to specify in their lawsuit the amount of damages sought. However, medical records reveal possible cervical damage or aggravation, plus possible shoulder injury, and it is believed that epidural steroid

injections have been recommended and/or administered.  Therefore, it is alleged that the matter exceeds the jurisdictional amount required by 28 U.S.C. § 1332.

VI.

Plaintiffs, Kristi Kellum Selby and Robert Selby, Jr., are citizens of the State of Mississippi.

VII.

Defendant, Adams & Son Trucking, Inc., is a citizen of the State of Nebraska.

Defendant, Eric Jackson, while not yet served, is believed to be a resident of the State of Colorado.

VIII.

Northland Insurance Company is a foreign insurance company with its principal place of business in St. Paul, Minnesota.

IX.

This Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 in that the plaintiffs and defendants are diverse and the amount in controversy exceeds $75,000.00.

X.

Attached hereto, and made a part hereof, is a copy of the Citation and Petition for Damages served upon petitioner, Northland Insurance Company.  (Exhibits "A" and "B".)

XI.

The Notice of Removal is being filed within thirty (30) days of the receipt by petitioners of the initial pleading setting forth the claim for relief upon which the civil action is based, all in accordance with 28 U.S.C. § 1446(b).

XII.

Petitioner will promptly serve written notice of the filing of this Notice of Removal on the plaintiffs and a copy of this Notice for Removal will be filed with the Clerk of Court, 21st Judicial District Court for the Parish of Tangipahoa, State of Louisiana.

WHEREFORE, defendants, Adams & Son Trucking, Inc. and Northland Insurance Company, pray for removal of the above numbered and entitled cause of action from the 21st Judicial District Court for the Parish of Tangipahoa, State of Louisiana, to this, United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

WALLER & ASSOCIATES

JAMES J. DANNA, LBA #4490
3838 N. Causeway Boulevard, Suite 3160
Metairie, Louisiana 70002
Telephone: (504)832-7630

Attorney for Northland Insurance Company

4

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

KRISTI KELLUM SELBY AND              *       CIVIL ACTION NO.
ROBERT SELBY, JR.
                                     *       SECTION ""
VERSUS
                                     *       MAGISTRATE
NORTHLAND INSURANCE COMPANY,
ADAMS & SON TRUCKING, INC.,          *
AND ERIC JACKSON
*     *     *     *     *     *     *     *     *     *     *     *

## VERIFICATION

STATE OF LOUISIANA

PARISH OF JEFFERSON

        BEFORE ME, personally came and appeared:

                        JAMES J. DANNA

who, being sworn, did depose and state:

        That he is the attorney for Adams & Son Trucking, Inc. and Northland Insurance

Company in the above entitled and numbered cause, he has prepared the above petition and that

Eric Jackson is a citizen of the State of Colorado and Adams & Son, Inc. is a citizen of the State

5

of Nebraska, that he has read the foregoing Petition for Removal and that all the facts contained

therein are true and correct to the best of his information and belief.

JAMES J. DANNA

Sworn to and subscribed
before me this _____ day
of February, 2008.

_____
JAMES J. KOKEMOR, LBA #7825
NOTARY PUBLIC

6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KRISTI KELLUM SELBY AND ROBERT SELBY, JR. | * | CIVIL ACTION NO. |
| | * | SECTION "" |
| VERSUS | | |
| | * | MAGISTRATE |
| NORTHLAND INSURANCE COMPANY, ADAMS & SON TRUCKING, INC., AND ERIC JACKSON | * | |

* * * * * * * * * * *

CERTIFICATE OF SERVICE

I hereby certify that copies of the above and foregoing Notice of Removal were served upon Vincent J. DeSalvo, attorney for plaintiffs, Kristi Kellum Selby and Robert Selby, Jr., by depositing same in the United States mail, postage prepaid, this ___7___ day of February, 2008.

                                    JAMES J. DANNA