# STATE OF LOUISIANA
# SECRETARY OF STATE

LEGAL SERVICES SECTION
P.O. BOX 94125, BATON ROUGE, LA 70804-9125
(225) 922-0415

1/09/08

NORTHLAND INSURANCE COMPANY
C/O CORPORATION SERVICE COMPANY
320 SOMERULOS STREET
BATON ROUGE, LA 70802-6129

SUIT NO: 20080000026
21ST JUDICIAL DISTRICT COURT
PARISH OF TANGIPAHOA

KRISTI KELLUM SELBY ET AL
vs
NORTHLAND INS CO ET AL

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding.
Please call the attorney that filed this document if you have any questions
regarding this proceeding.  If you received this document in error, please
return it to the above address with a letter of explanation.

Yours very truly,

JAY DARDENNE
Secretary of State

Served on: JAY DARDENNE                    Date:    1/08/08 at  3:00 PM
Served by: J BROWN                         Title: DEPUTY SHERIFF

| Received | Number | Date | Paid By | Amount |
|---|---|---|---|---|
| CHECK/M.O. | 25898 | 1/02/08 | VINCENT J. DESALVO | 25.00 |

EC                        $50

# NO. 680462



EXHIBIT
ALL-STATE LEGAL®
"A"

KRISTI KELLUM SELBY
AND ROBERT SELBY, JR.

NUMBER:     2008-8000026    DIV.: 6

VERSUS     FILED_____ JAN 0 3 2008 _____21ST JUDICIAL DISTRICT COURT

s/Marsha Casanova
BY CLERK OF COURT

NORTHLAND INSURANCE COMPANY,
ADAMS & SON TRUCKING, INC.,
AND ERIC JACKSON

PARISH OF TANGIPAHOA

STATE OF LOUISIANA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PETITION FOR DAMAGES

The petition of KRISTI KELLUM SELBY and ROBERT SELBY, JR., citizens of the State of Mississippi, with respect, represent:

### 1.

Made defendants herein are:

a)     NORTHLAND INSURANCE COMPANY, on information and belief, a foreign insurance corporation, organized and existing under the law of a state other than the State of Louisiana, authorized to do and doing business in the State of Louisiana, having appointed the Honorable Jay Dardenne, Secretary of State of the state of Louisiana, 8549 United Plaza Boulevard, Baton Rouge, Louisiana 70809 as its agent for service of process.

b)     ADAMS & SON TRUCKING, INC., on information and belief, a foreign corporation, organized and existing under the law of a state other than the State of Louisiana, not authorized to do, but doing business in the State of Louisiana, therefore having appointed the Honorable Jay Dardenne, Secretary of State, of the state of Louisiana, 8549 United Plaza Boulevard, Baton Rouge, Louisiana, 70809, as its agent for service of process.

c)     ERIC JACKSON, on information and belief, an employee of ADAMS & SON TRUCKING, INC., whose address is unknown.

### 2.

Defendants, NORTHLAND INSURANCE COMPANY, ADAMS & SON TRUCKING, INC., and ERIC JACKSON, are justly and truly indebted to petitioners, KRISTI KELLUM SELBY and ROBERT SELBY, JR., in a sum reasonable in the premises, for the following, to wit:

### 3.

On or about January 17, 2007, petitioner, KRISTI KELLUM SELBY, was driving her 1999 Toyota Camry northbound on Hwy 51, in the Parish of Tangipahoa, State of Louisiana, when a tractor-trailer vehicle, owned by defendant, ADAMS & SON TRUCKING, INC., and driven with permission by defendant, ERIC JACKSON, exited a

EXHIBIT

"B"

ALL-STATE LEGAL®

private drive onto Highway 51 directly into the path of petitioner's vehicle, causing a motor vehicle collision and causing petitioner to sustain serious, permanent, and disabling injuries.

4.

On information and belief, petitioners, KRISTI KELLUM SELBY and ROBERT SELBY, JR. allege that the sole, proximate cause of the automobile accident of January 17, 2007, was the negligence of defendant, ERIC JACKSON, in the following, non-exclusive particulars:

    a)   Entering a highway from a private drive without stopping his vehicle and yielding the right of way to plaintiff's approaching vehicle in violation of LSA-R.S. 32:124.
    b)   Failure to maintain a proper lookout;
    c)   Driving while inattentive or distracted; and
    d)   Failure to see what a reasonably prudent person would have seen under the same or similar circumstances.

5.

Defendant, ERIC JACKSON, is negligent per se for his violation of LSA-R.S. 32:124.

6.

As a direct and proximate result of the negligence of defendant, ERIC JACKSON, petitioner, KRISTI KELLUM SELBY, sustained serious personal injuries, including, but not limited to, injuries to her neck, shoulder and back, requiring continuing medical treatment.

7.

As a direct and proximate result of the injuries sustained by petitioner, KRISTI KELLUM SELBY, in the automobile accident of January 17, 22007, petitioner, KRISTI KELLUM SELBY, has sustained the following damages, past and future, for which she is entitled to a sum reasonable in the premises.

    a)   Physical pain and suffering;
    b)   Mental anguish and emotional distress;
    c)   Inconvenience and loss of enjoyment of life;
    d)   Medical and related expenses;
    e)   Lost wages;
    f)   Loss of earning capacity; and
    g)   Permanent scarring and disfigurement.

8.

Petitioner, ROBERT SELBY, JR., who, at all times pertinent hereto was the lawful husband of petitioner, KRISTI KELLUM SELBY, has also sustained damages as a result of his wife's injuries, for loss of consortium, services, society, and love and affection, and is entitled to a sum reasonable in the premises for all damages he sustained as a result of the injuries to his wife in the incident of January 17, 2007.

9.

.On information and belief, defendant, ERIC JACKSON, was employed by defendant, ADAMS & SON TRUCKING, INC. and was acting in the course and scope of his employment for defendant, ADAMS & SON TRUCKING, INC., at the time of the automobile accident of January 17, 2007, and defendant, ADAMS & SON TRUCKING, INC., is therefore liable for the negligence of defendant, ERIC JACKSON, by virtue of the doctrine of *respondent superior*.

10.

On information and belief, defendant, NORTHLAND INSURANCE COMPANY, issued a policy of motor vehicle liability insurance to defendant, ADAMS & SON TRUCKING, INC., for negligence in the operation of a motor vehicle, and therefore defendant, NORTHLAND INSURANCE COMPANY, is liable for the negligence of defendant, ERIC JACKSON, as an employee of defendant, ADAMS & SONS TRUCKING, INC., and is amendable to suit directly by virtue of the Louisiana Direct Action Statute LSA-R.S.22:655.

**WHEREFORE**, petitioners, KRISTI KELLUM SELBY and ROBERT SELBY, JR., pray that defendants, NORTHLAND INSURANCE COMPANY, ADAMS & SON TRUCKING, INC. and ERIC JACKSON, be served with a copy of this petition and be required to answer same within the delays provided by law, that, after the expiration of all legal delays and due proceedings had, there be judgment rendered herein in favor of petitioners, KRISTI KELLUM SELBY and ROBERT SELBY, JR., and against defendants, NORTHLAND INSURANCE COMPANY, ADAMS & SON TRUCKING, INC., and ERIC JACKSON, for a sum reasonable in the premises, together with legal interest thereon from date of judicial demand until paid, for all costs of these proceedings, and for all general and equitable relief.

RESPECTFULLY SUBMITTED:

Vincent J. DeSalvo
Attorney at Law
205 Enterprise Drive, Suite D
Houma, LA 70360
(985) 857-4447
I.D. #4900

**PLEASE SERVE:**

NORTHLAND INSURANCE COMPANY
Through its agent for service of process: .
Honorable Jay Dardenne
Secretary of State -- State of Louisiana
8549 United Plaza Boulevard
Baton Rouge, LA 70809

STATE OF LOUISIANA AMITE, LOUISIANA
PARISH OF TANGIPAHOA JAN 0 3 2008
s/Marsha Casanova do hereby certify
that this document is a true and correct copy of the
original thereof, consisting of ____ page(s) being a
reproduction thereof from the records on file with
the undersigned, in accordance with Louisiana
Revised Statutes, Title 13, Section 3763.

ADAMS & SON TRUCKING, INC.
Through its agent for service of process:
Honorable Jay Dardenne
Secretary of State
State of Louisiana
8549 United Plaza Boulevard
Baton Rouge, LA 70809


**PLEASE SERVE VIA LONG ARM STATUTE:**

ADAMS & SON TRUCKING, INC.
Through their agent for service of process:
Mr. Donald R. Adams
1212 Jackson Street
Sidney, NB 69162

**PLEASE WITHHOLD SERVICE AT THIS TIME:**

ERIC JACKSON